# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Kevin Carole Williams, Jr.  Docket No. 5:13-CR-10-1D

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Carole Williams, Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Marcia Morales Howard, U.S. District Judge, on April 25, 2011, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Kevin Carole Williams, Jr. was released from custody on July 20, 2012, at which time the term of supervised release commenced. Jurisdiction was transferred to the Eastern District of North Carolina on August 16, 2012.

On December 15, 2012, in Wake County, North Carolina, the defendant was charged with Driving While License Revoked and Speeding. The defendant failed to report these charges within 72-hours. On December 19, 2012, in Wake County, he was charged with Second Degree Trespass. Additionally, On December 28, 2012, the defendant left the district without permission and was charged in Maryland with Driving While License Revoked. To address Mr. Williams' non-compliance to supervision, the probation office requested that he be ordered to complete a period of home detention not to exceed 90 consecutive days. He was also instructed not to operate another motor vehicle until properly licensed. The court concurred with this recommendation.

On March 25, 2013, the defendant failed to report law enforcement contact. The defendant is currently under investigation by law enforcement for possible criminal conduct. As a result of this investigation, he was questioned by law enforcement officials. However, he did not report the law enforcement contact to the probation office as required and was verbally reprimanded. The probation office requested that no further action be taken at this time and the court concurred.

Kevin Carole Williams
Docket No. 5:13-CR-10-1D
Petition For Action
Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 25, 2013, the defendant was charged in Wake County, North Carolina, with Aiding and Abetting a Hit and Run and Resisting a Public Officer. The defendant, driving in a separate vehicle, witnessed a wreck in which his friend was the driver. The defendant reported that he was taking his friend to the hospital when his friend asked to stop by his residence first. Within several minutes, police arrived at the friend's residence and it is alleged that the defendant provided false and fictitious information regarding the wreck. To address Mr. Williams poor decision making, the probation office is asking that he be ordered to participate in a Cognitive Behavioral Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/ Maurice J. Foy |
| Jeffrey L. Keller | Maurice J. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: July 15, 2013 |

### ORDER OF COURT

Considered and ordered this 16 day of July, 2013, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge